**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **ERIN BARTON,** | |
| **Plaintiff,** | **No. 3:25-CV-00774** |
| **v.** | |
| **VANDERBILT UNIVERSITY,** | **Chief Judge William L. Campbell Jr.**<br>**Magistrate Judge Chip Frensley** |
| **Defendant.** | **JURY DEMAND** |

**DEFENDANT THE VANDERBILT UNIVERSITY'S**
**MOTION TO DISMISS PURSUANT TO RULE 12(b)(5) AND 12(b)(6)**

Defendant The Vanderbilt University ("Vanderbilt"), by and through undersigned counsel, hereby moves the Court to dismiss the Complaint filed by Erin Barton ("Plaintiff"). In support of this motion, Vanderbilt has filed an accompanying memorandum of law. Vanderbilt further states as follows:

1. The Complaint states that Plaintiff is a female and lesbian who was formerly a tenured professor at Vanderbilt where her work focused on special education. Dkt. 1 at ¶¶ 7-9.

2. In March 2022, Plaintiff hosted a retreat for her graduate students which raised concerns about "sexualized messaging" and "grooming individuals." *Id*. at ¶¶ 10, 16. Following an investigation, Plaintiff was terminated. *Id*. at ¶¶ 20, 22.

3. On July 11, 2025, Plaintiff filed her Complaint alleging discrimination based on her sex and sexual orientation under 42 U.S.C. § 2000e, *et seq.* (1964) ("Title VII") and the Tennessee Human Rights Act, T.C.A. § 4-21-101, *et seq.* ("THRA"). Dkt. 1.

4. Despite receiving an extension of time to serve the Complaint through November 8, 2025, Dkt. 12, Plaintiff has still not done so.

5. Plaintiff's failure to serve Vanderbilt within the time period prescribed by the Federal Rules of Civil Procedure, 120 days, is grounds for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(5). *See Spencer v. Caracal Int'l, LLC*, 516 F. Supp. 3d 755, 758 (M.D. Tenn. 2021).

6. Even if Plaintiff had properly served Vanderbilt, her Complaint still fails to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

7. The THRA does not prohibit discrimination on the basis of sexual orientation, so Plaintiff's attempt to state such a claim must fail as a matter of law. *See* Tenn. Code Ann. § 4-21-102 (West).

8. Furthermore, Plaintiff's claims for sex discrimination under Title VII and the THRA and her claim for sexual orientation discrimination under Title VII also fail because her allegations are wholly conclusory. Plaintiff's failure to plead any relationship between her membership in a protected class and her termination dooms these claims. *See e.g.*, *Han v. Univ. of Dayton*, 541 F. App'x 622, 625 (6th Cir. 2013).

WHEREFORE, for the reasons stated in this Motion to Dismiss and the accompanying memorandum of law, Vanderbilt respectfully requests that this Court dismiss Plaintiff's Complaint in its entirety, with prejudice, and grant any other relief it deems just and proper.

Respectfully submitted,

*s/ John W. Borkowski*

John W. Borkowski (IL #6320147)
Karen L. Courtheoux (IL #6303103), *pro hac vice*
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Fax: (312) 655-1501

Richard W.F. Swor (TN #037640)
Husch Blackwell LLP
501 Commerce Street, Suite 1620
Nashville, Tennessee 37203
P: (615) 949-2240
F: (615) 949-2241
richard.swor@huschblackwell.com

*Attorneys for Defendant The Vanderbilt University*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing, **Defendant The Vanderbilt University's Motion to Dismiss the Complaint,** was filed electronically on November 14, 2025 via the CM/ECF electronic filing system, which forwarded a copy to the following:

Abby Rose Rubenfeld
**RUBENFELD LAW OFFICE, PC**
202 South Eleventh Street
Nashville, TN 37206
Telephone: (615) 386-9077
Facsimile: (615) 386-3897
Email: arubenfeld@rubenfeldlaw.com

Thomas J. Mew
**BUCKLEY BEAL, LLP**
600 Peachtree Street, N.E., Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101
Email: tmew@buckleybeal.com

*Attorneys for Plaintiff, Erin Barton*

*s/ John W. Borkowski*
John W. Borkowski